IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 07-cv-01876-ZLW-BNB

GERALDINE SWIMMER f/k/a Geraldine Mossman, individually, and as next friend of
SEAN SWIMMER f/k/a Sean Mossman, a minor,

    Plaintiffs,

v.

THE UNITED STATES OF AMERICA, and
PORTERCARE ADVENTIST HEALTH SYSTEM, INC.,

    Defendants.

---

MINUTE ORDER

---

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Dated: April __23__, 2008

    It is ORDERED that the Unopposed Motion For Reassignment As Related Case (Doc. No. 19; Apr. 14, 2008) is denied. D.C.COLO.LCivR 40.1C.4 allows reassignment of a related case only to a "pending case." Civil Action Number 07-cv-00271-WYD-BNB was dismissed by Judge Wiley Y. Daniel without prejudice on June 12, 2007, so there is no pending case under D.C.COLO.LCivR 40.1C.4.