IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01876-ZLW-BNB

GERALDINE SWIMMER, f/k/a Geraldine Mossman, individually, and as next friend of SEAN
SWIMMER, f/k/a Sean Mossman, a minor,

Plaintiff,

v.

THE UNITED STATE OF AMERICA, and
PORTERCARE ADVENTIST HEALTH SYSTEM, INC.,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

        This matter is before the Court on the **Unopposed Motion to Amend Scheduling Order
as it Relates to Expert Witness Disclosure** [docket no. 28, filed July 10, 2008] (the "Motion").

        IT IS ORDERED that the Motion is GRANTED and the plaintiff shall designate all
experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2)
on or before **September 3, 2008**; the defendants shall designate all experts and provide opposing
counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **October 3, 2008**;
the plaintiff shall designate all rebuttal experts and provide opposing counsel with all
information specified in Fed. R. Civ. P. 26(a)(2) on or before **October 31, 2008**.


DATED:  July 11, 2008