IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01876-ZLW-BNB

GERALDINE SWIMMER, f/k/a Geraldine Mossman, individually, and as next friend of SEAN SWIMMER, f/k/a Sean Mossman, a minor,

Plaintiff,

v.

THE UNITED STATE OF AMERICA, and
PORTERCARE ADVENTIST HEALTH SYSTEM, INC.,

Defendants.
_____

**ORDER**
_____

I am informed that a settlement of the plaintiffs' claims against defendant PorterCare Adventist Health System, Inc., has been reached. Accordingly,

IT IS ORDERED that within 30 days of receiving approval of the settlement from an appropriate probate court the settling parties shall file a stipulation or motion to dismiss the settled claims with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated July 15, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge