IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 07-cv-01876-ZLW-BNB

GERALDINE SWIMMER f/k/a Geraldine Mossman, individually, and as next friend of
SEAN SWIMMER f/k/a Sean Mossman, a minor,

    Plaintiffs,

v.

THE UNITED STATES OF AMERICA, and
PORTERCARE ADVENTIST HEALTH SYSTEM, INC.,

    Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

Pursuant to and in accordance with Fed.R.Civ.P. 41(a)(1)(A)(ii) and the Stipulation Of Dismissal With Prejudice (Doc. # 38) signed by the attorneys for the parties hereto it is

ORDERED that the Complaint and cause of action against Defendant Portercare Adventist Health System, Inc., are dismissed with prejudice, each party to pay its own costs.

DATED at Denver, Colorado, this 20th day of November, 2008.

                BY THE COURT:

                *[signature: Zita L. Weinshienk]*
                ZITA L. WEINSHIENK, Senior Judge
                United States District Court