IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01876-ZLW-BNB

GERALDINE SWIMMER, f/k/a Geraldine Mossman, individually, and as next friend of SEAN SWIMMER, f/k/a Sean Mossman, a minor,

Plaintiff,

v.

THE UNITED STATE OF AMERICA,

Defendant.
_____

**ORDER**
_____

Counsel for the parties appeared before me this morning for a status conference.  At the conference, I was informed that a resolution of the claims against the United States was reached on November 3, 2008; approval of the settlement by a state probate court was obtained on December 30, 2008; but delays have been encountered in connection with review of the settlement documentation by the Department of Justice.  The delays appear to be unreasonable.

IT IS ORDERED that Phyllis Pyles, Esq., Director, Torts Branch, Civil Division, United States Department of Justice shall appear personally before me for a status conference on **June 8, 2009, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

IT IS FURTHER ORDERED that the status conference and Ms. Pyles' obligation to appear may be vacated upon the filing of a satisfactory stipulation or motion to dismiss the settled claims pursuant to Fed. R. Civ. P. 41(a).

Dated April 22, 2009.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge