UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01876-ZLW-BNB

GERALDINE SWIMMER, f/k/a Geraldine Mossman, individually, and as next friend of
SEAN SWIMMER, f/k/a Sean Mossman, a minor;

    Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

    Defendant.

## ORDER FOR DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the Stipulation to Dismiss with Prejudice filed by the parties; and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice, each party to pay their own costs and attorney's fees.

DATED this 12 day of June, 2009.

BY THE COURT:

_____
~~Magistrate~~ Judge   Sr. U.S. Dist. Judge